UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2007 FEB 13 AM 8:47
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____RM_____DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  vs.<br><br>CINTHYA JANETTE SERRANO (2),<br><br>      Defendant. | CASE NO. 06CR2295-BEN<br><br>JUDGMENT OF DISMISSAL |

  IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_\_ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal; or

\_\_\_ the Court has granted the motion of the defendant for a judgment of acquittal; or

\_\_\_ a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) of: 21 U.S.C. 952, 960, and 963;
           21 U.S.C. 952 and 960;
           21 U.S.C. 846 and 841(A)(1);
           21 U.S.C. 841(a)(1);
           18 U.S.C. 2.

  IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: FEBRUARY 6, 2007

                 _____
                 ROGER T. BENITEZ
                 UNITED STATES DISTRICT JUDGE

                 ENTERED ON _____